CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>DUESENBERG INVESTMENT COMPANY, a California Partnership; CLYDE A. BLANCHARD AND ASSOCIATES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-CV-10113-DMG-MRW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid `any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

Dated: December 16, 2020        CENTER FOR DISABILITY ACCESS

              /s/ Amanda Seabock
              Amanda Seabock
              Attorney for Plaintiff

Notice of Settlement            -1-            2:20-CV-10113-DMG-MRW